**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| PARTS iD Inc., *et al.*,[1] | Case No. 23-12098 (LSS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF FILING OF PLAN SUPPLEMENT TO THE JOINT
PREPACKAGED CHAPTER 11 PLAN OF REORGANIZATION OF
<u>PARTS ID, INC. AND PARTS ID, LLC</u>**

**PLEASE TAKE NOTICE** that, on December 26, 2023, each of the above-captioned debtors (collectively, the "<u>Debtors</u>") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware (the "<u>Court</u>").

**PLEASE TAKE FURTHER NOTICE** that, on December 26, 2023, the Debtors filed the *Joint Prepackaged Chapter 11 Plan of Reorganization of PARTS iD, Inc. and PARTS iD, LLC* [D.I. 14] (as may be amended, modified or supplemented from time to time, the "<u>Plan</u>").[2]

**PLEASE TAKE FURTHER NOTICE** that, a hearing to consider confirmation of the Plan (the "<u>Confirmation Hearing</u>") will be held on February 2, 2024, at 10:00 a.m. (Eastern Standard Time) before the Honorable Laurie Selber Silverstein at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom #2, Wilmington, Delaware 19801. The hearing may be adjourned from time to time without further notice other than a notice filed on the Court's docket or an announcement of the adjourned date(s) at the hearing, and thereafter, at any adjourned hearing(s).

**PLEASE TAKE FURTHER NOTICE** that, the Plan contemplates the filing of certain documents (or forms thereof), agreements, schedules and/or exhibits (in each case, as may be altered, amended, modified, or supplemented from time to time in accordance with the Plan, the "<u>Plan Supplement</u>") in advance of the Confirmation Hearing. The Debtors hereby file the following Plan Supplement documents:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: PARTS iD, Inc. (4868) and PARTS iD, LLC (5607). The corporate headquarters and the mailing address for the Debtors is 1 Corporate Drive, Suite C, Cranbury, NJ 08512.

[2] Capitalized terms used but not defined herein have the meanings given to them in the Plan.

| | |
|---|---|
| **Exhibit A:** | Form of Amended and Restated Certificate of Incorporation of PARTS iD, Inc. |
| **Exhibit B:** | Form of Amended and Restated Bylaws of PARTS iD, Inc. |
| **Exhibit C:** | Form of Stockholders Agreement |
| **Exhibit D:** | Form of Amended and Restated Limited Liability Company Operating Agreement of PARTS iD, LLC |
| **Exhibit E:** | Rejected Executory Contracts and Unexpired Leases Schedule |
| **Exhibit F:** | Schedule of Proposed Cure Amounts |
| **Exhibit G:** | Schedule of Retained Causes of Action |
| **Exhibit H:** | Management Incentive Plan |
| **Exhibit I:** | Form of Exit Financing Commitment Letter |
| **Exhibit J:** | Form of Subscription Agreement |

**PLEASE TAKE FURTHER NOTICE** that, certain documents (or portions thereof) contained in this Plan Supplement remain subject to continuing negotiations among the Debtors and the Plan Sponsor. The Debtors reserve all rights (with the consent of the Plan Sponsor) to amend, revise, or supplement the Plan Supplement, and any of the documents and designations contained herein, at any time before the Effective Date of the Plan, or any such other date in accordance with the Plan, the Confirmation Order, or any other order of the Court. Each of the documents contained in the Plan Supplement or its amendments are subject to certain consent and approval rights to the extent provided in the Plan.

**PLEASE TAKE FURTHER NOTICE** that, the Plan Supplement is integral to, part of, and incorporated by reference into the Plan. The Plan Supplement documents have not yet been approved by the Court. If the Plan is confirmed, the documents contained in the Plan Supplement, as may be amended, revised, or supplemented, will be approved by the Court pursuant to the Confirmation Order.

**PLEASE TAKE FURTHER NOTICE** that, parties interested in obtaining copies of the Plan and/or any other document filed in the above-captioned cases may do so by: (i) accessing the Court's website at https://www.deb.uscourts.gov (note that a PACER password is needed to access documents on the Court's website); (ii) contacting the Office of the Clerk of the Court, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801; (iii) accessing the website maintained by Kroll Restructuring Administration LLC, the Debtors' noticing agent, available at: https://cases.ra.kroll.com/PARTSID (which is free of charge); or (iv) contacting proposed counsel for the Debtors using the contact information below.

Dated: January 8, 2024
       Wilmington, Delaware

Respectfully submitted,

**DLA PIPER LLP (US)**

 /s/ R. Craig Martin
R. Craig Martin (DE 5032)
1201 N. Market Street, Suite 2100
Wilmington, Delaware 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
Email: craig.martin@us.dlapiper.com

- and -

Erik F. Stier (admitted pro hac vice)
500 8th Street, NW
Washington, D.C. 20004
Telephone: (202) 799-4258
Facsimile: (202) 799-5000
Email: erik.stier@us.dlapiper.com

*Proposed Counsel for the Debtors and Debtors in Possession*