**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| PARTS iD Inc., *et al.*,[1] | Case No. 23-12098 (LSS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF FILING OF FIRST AMENDED JOINT
PREPACKAGED CHAPTER 11 PLAN OF REORGANIZATION OF
PARTS ID, INC. AND PARTS ID, LLC**

**PLEASE TAKE NOTICE** that, on December 26, 2023, each of the above-captioned debtors (collectively, the "Debtors") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that, on December 26, 2023, the Debtors filed the *Joint Prepackaged Chapter 11 Plan of Reorganization of PARTS iD, Inc. and PARTS iD, LLC* [D.I. 14] (as may be amended, modified or supplemented from time to time, the "Plan").[2]

**PLEASE TAKE FURTHER NOTICE** that, on January 12, 2024, the Debtors filed the *First Amended Joint Prepackaged Chapter 11 Plan of Reorganization of PARTS iD, Inc. and PARTS iD, LLC* (as may be amended, modified and/or supplemented, the "Amended Plan"), attached hereto as **Exhibit A**, which provides for, among other things, the classification and treatment of Holders of Class 13 Customer Programs Claims (as defined in and in accordance with the terms of the Amended Plan).

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit B** is a redline reflecting the changes between the solicitation version of the Plan and the Amended Plan.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit C** is the Notice of Unimpaired Non-Voting Status (Class 13).

**PLEASE TAKE FURTHER NOTICE** that the Debtors reserve the right, subject to the terms and conditions set forth in the Amended Plan, to alter, modify, or supplement any document in the Amended Plan at any time prior to or after confirmation of the Amended Plan.

**PLEASE TAKE FURTHER NOTICE** that, parties interested in obtaining copies of the Amended Plan and/or any other document filed in the above-captioned cases may do so by:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: PARTS iD, Inc. (4868) and PARTS iD, LLC (5607). The corporate headquarters and the mailing address for the Debtors is 1 Corporate Drive, Suite C, Cranbury, NJ 08512.

[2] Capitalized terms used but not defined herein have the meanings given to them in the Amended Plan.

(i) accessing the Court's website at https://www.deb.uscourts.gov (note that a PACER password is needed to access documents on the Court's website); (ii) contacting the Office of the Clerk of the Court, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801; (iii) accessing the website maintained by Kroll Restructuring Administration LLC, the Debtors' noticing agent, available at: https://cases.ra.kroll.com/PARTSID (which is free of charge); or (iv) contacting proposed counsel for the Debtors using the contact information below.

**YOU ARE ADVISED TO CAREFULLY REVIEW AND CONSIDER THE AMENDED PLAN AND NOT RELY ON THE SUMMARY SET FORTH IN THIS NOTICE.**

Dated: January 12, 2024
Wilmington, Delaware

Respectfully submitted,

**DLA PIPER LLP (US)**

 /s/ R. Craig Martin
R. Craig Martin (DE 5032)
1201 N. Market Street, Suite 2100
Wilmington, Delaware 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
Email: craig.martin@us.dlapiper.com

- and -

Erik F. Stier (admitted *pro hac vice*)
500 8th Street, NW
Washington, D.C. 20004
Telephone: (202) 799-4258
Facsimile: (202) 799-5000
Email: erik.stier@us.dlapiper.com

*Proposed Counsel for the Debtors and Debtors in Possession*