# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PARTS iD, Inc., *et al.*,[1] | Case No. 23-12098 (LSS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR APRIL 9, 2024, AT 2:00 P.M. (EDT)

> This hearing will be conducted in-person, any exceptions must be approved by chambers.
>
> Parties may observe the hearing remotely by registering with the Zoom link below no later than April 8, 2024, at 4:00 p.m. (EDT)
>
> **To attend a hearing remotely, please register using the eCourtAppearance tool (available here) or on the court's website at www.deb.uscourts.gov.**
> **\*The deadline to register for remote attendance is 4:00 PM (Eastern Daylight Time) the business day before the hearing unless otherwise noticed.\***
>
> After the deadline has passed an electronic invitation, with the relevant audio or video link, will be emailed to you prior to the hearing.

## **MATTER WITH CERTIFICATE OF NO OBJECTION:**

1. Reorganized Debtors' Motion for an Order to Approve (A) Amendment to Interim Officer Engagement Agreement with SRV Partners, LLC and (B) the Payment of Success Fee [D.I. 203; filed 03/19/2024].

   **Objection Deadline:** April 2, 2024, at 4:00 p.m. (EDT).

   **Related Documents:**

   A. Certificate of No Objection Regarding Order Approving (A) Amendment to Interim Officer Engagement Agreement with SRV Partners, LLC and (B) the Payment of Success Fee [D.I. 217; filed 04/03/2024].

   **Responses Received:** None.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: PARTS iD, Inc. (4868), and PARTS iD, LLC (5607). The corporate headquarters and the mailing address for the Debtors is 1 Corporate Drive, Suite C, Cranbury, NJ 08512.

1

1608554985.2

**Status:** The Debtors submitted a proposed form of order to the Court under Certificate of No Objection. This matter is going forward only to the extent the Court has any questions.

**MATTER GOING FORWARD:**

2. First and Final Application of DLA Piper LLP (US) for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Debtors From December 26, 2023, Through March 18, 2024 [D.I. 206; filed 03/21/2024].

    **Objection Deadline:** April 8, 2024, at 12:00 p.m. (EDT).

    **Related Documents:**

    A. Motion of the Reorganized Debtors for Entry of an Order Shortening Notice and Objection Periods in Connection with the First and Final Application of DLA Piper LLP (US) for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Debtors From December 26, 2023 Through March 18, 2024 [D.I. 207; filed 03/21/2024].

    B. Order Shortening Notice and Objection Periods in Connection with the First and Final Application of DLA Piper LLP (US) for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Debtors From December 26, 2023 Through March 18, 2024 [D.I. 211; filed 03/27/2024].

    **Responses Received:** None to date.

    **Status:** This matter is going forward.

**PLEASE TAKE FURTHER NOTICE** that parties interested in obtaining copies of any pleadings or other document filed in the above-captioned cases may do so by: (i) accessing the Court's website at https://www.deb.uscourts.gov (note that a PACER password is needed to access documents on the Court's website); (ii) contacting the Office of the Clerk of the Court, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801; (iii) accessing the website maintained by Kroll Restructuring Administration, the Debtors' noticing agent, available at: https://cases.ra.kroll.com/PARTSiD (which is free of charge); or (iv) contacting counsel for the Debtors using the contact information below.

1608554985.2

| | |
|---|---|
| Dated: April 5, 2024<br>Wilmington, Delaware | Respectfully submitted,<br><br>**DLA PIPER LLP (US)**<br><br> /s/ R. Craig Martin <br>R. Craig Martin (DE 5032)<br>1201 N. Market Street, Suite 2100<br>Wilmington, Delaware 19801<br>Telephone: (302) 468-5700<br>Facsimile: (302) 394-2341<br>Email: craig.martin@us.dlapiper.com<br><br>- and -<br><br>Erik F. Stier (admitted *pro hac vice*)<br>500 8th Street, NW<br>Washington, D.C. 20004<br>Telephone: (202) 799-4258<br>Facsimile: (202) 799-5000<br>Email: erik.stier@us.dlapiper.com<br><br>*Counsel for the Debtors* |